AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Alvin Murray

APPEARANCE

CASE NUMBER: 1:08 MJ 103 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

7/21/08
*Date*

*Signature*

J. Crowell 1993
*Print Name* *Bar Number*

128 Dorrance St.
*Address*

Prov RI 02903
*City* *State* *Zip Code*

272-6600 274-0175
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.