1544300



AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED U.S. MARSHALS SERVICE JUL 1 2008

# United States District Court

RHODE ISLAND

DISTRICT OF

District of Rhode Island

UNITED STATES OF AMERICA

V.

ALVIN MURRAY

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ103M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALVIN MURRAY
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Robbing the Sovereign Bank at 310 Broad Street, Cumberland, Rhode Island, the deposits of which were insured by the Federal Deposit Insurance Corporation

in violation of Title 18 United States Code, Section(s) 2113(a)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

7-16-08 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/16/08 | CJ Wyant SDUSM | Hal Wyant |
| DATE OF ARREST 07/21/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.